

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00221-CV

_____

IN RE TERESA WARD COOPER, Relator

---

Original Proceeding
County Court at Law of Hood County, Texas
Trial Court No. C08913

---

Before Womack, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Petition for Writ of Mandamus[] and Motion to Stay" and is of the opinion that relief should be denied. Accordingly, we deny relator's "Petition for Writ of Mandamus[] and Motion to Stay."

Per Curiam

Delivered: May 17, 2024

2